United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re:<br><br>Faye T. Pantazelos<br><br>Debtor. | Bankruptcy No. 15-bk-8916<br><br>Chapter 13 |

## ORDER DENYING TRUSTEE'S MOTION TO DISMISS
## FOR INELIGIBILITY (DKT. 84)

For reasons stated in the Memorandum Opinion on Trustee's Motion to Dismiss for Ineligibility, Trustee's motion is **denied**.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated October 29, 2015.

OCT 29 2015

15 B 08916
In re: Faye T. Pantazelos

## CERTIFICATE OF SERVICE

I, Dorothy Clay, certify that on ____OCT 2 9 2015____, I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Judicial Assistant/Deputy Clerk

### Electronic Service through CM/ECF System

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525
Counsel for Debtor

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
Chapter 13 Trustee

### VIA FIRST CLASS MAIL

Faye T. Pantazelos
1110 N. Lake Shore Dr.
Unit 16 North
Chicago, IL 60611
Debtor(s)